UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10781DPW

RANDY L. HANCOCK,
          Plaintiff,                   )
                                       )

v.                                     )
                                       )

PRINCETON PROPERTIES MANAGEMENT, INC.,   )
d/b/a PRINCETON PROPERTIES APARTMENTS, and  )
CHRISTIAN H. GARGUREVICH,              )
          Defendants                  )

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the defendant, Princeton Properties Management, Inc., d/b/a Princeton Properties Apartments makes the following disclosure:

Princeton Properties Management Inc. is a domestic corporation doing business in the Commonwealth of Massachusetts.

There is no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,
The Defendant,
Princeton Properties Management, Inc.,
By its Attorney,

Denise Lauretti
BBO# 550899
Horn & Lauretti
225 Friend Street, Suite 203
Boston, MA 02114
(617) 589-3000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail on 4-Jun-04

Denise Lauretti