## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

| | | |
|---|---|---|
| RANDY L. HANCOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCETON PROPERTIES | ) | CIVIL ACTION NO. 04-CV-10781 DPW |
| MANAGEMENT, INC. d/b/a | ) | |
| PRINCETON PROPERTIES | ) | |
| APARTMENTS, and | ) | |
| CHRISTIAN H. GARGUREVICH | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

In accordance with Local Rule 26.2(A) of the United States District Court for the District

of Massachusetts, the Plaintiff, Randy L. Hancock and Plaintiff's counsel, Martin S. Hancock,

Esq. hereby certify that they have conferred regarding (1) a budget for the costs of prosecuting

this litigation to conclusion; (2) alternative courses of the litigation; and (3) resolution of the

litigation through the use of alternative dispute resolution programs.

Signed under the pains and penalties of perjury this 22 day of ____June____ 2004.

_____
Randy L. Hancock

_____
Martin S. Hancock, Esq

-2-

Respectfully Submitted
Plaintiff
By his Attorney,


_____
Martin S. Hancock, Esq
(B.B.O. No. 657223)

MARTIN HANCOCK
190 Littleton Road
Westford, MA 01886
Telephone: (978) 392-0884
Facsimile:  (978) 392-0946


Dated: June 25, 2004


## CERTIFICATE OF SERVICE

I, Martin S. Hancock, Esq., hereby certify that I electronically filed the above document with the Clerk of Court using the CM/ECF system and mailed a courtesy copy to the Clerk of Court, clearly marked "Courtesy Copy – Do Not Scan" in red ink, on the first page of the above document's caption, by first-class United States Mail, postage prepaid, and properly addressed.  I also herby certify that a true and accurate copy of the foregoing was served upon the following parties, this 25th day of June, 2004, by first-class United States Mail, postage prepaid, and properly addressed.


_____
Martin S. Hancock, Esq.


Denise M. Lauretti, Esq.
Horn & Lauretti
225 Friend Street, Suite 203
Boston, MA 02114


Attn: Civil Clerk of Court
John Joseph Moakely
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210