UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

CIVIL ACTION NO. 04-CV- 10781NMG

RANDY L. HANCOCK, )
     Plaintiff, )
 )
v. )
 )
PRINCETON PROPERTIES MANAGEMENT, INC., )
d/b/a PRINCETON PROPERTIES APARTMENTS, and )
CHRISTIAN H. GARGUREVICH, )
     Defendants )

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes the Defendant in the above referenced matter and respectfully requests a brief continuance of the Settlement Conference, presently scheduled for July 28, 2004 at 3:15 p.m.

As grounds therefore, counsel for the Defendant states she will be on vacation the last week of July. Due to the Democratic National Convention travel into the city will be difficult for counsel for the plaintiff. Counsel for the plaintiff assents to this motion.

Accordingly, the defendant respectfully requests a brief continuance of the conference. In the alternative, defendant requests that the conference be held by telephone.

                              Respectfully submitted,
                              The Defendant,
                              Princeton Properties Management, Inc.,
                              By its Attorney,

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail on _____

Denise Lauretti

                              Denise Lauretti
                              BBO# 550899
                              Horn & Lauretti
                              225 Friend Street, Suite 203
                              Boston, MA 02114
                              (617) 589-3000