UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| RANDY L. HANCOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCETON PROPERTIES | ) | CIVIL ACTION NO. 04-CV-10781 NMG |
| MANAGEMENT, INC. d/b/a | ) | |
| PRINCETON PROPERTIES | ) | |
| APARTMENTS, and | ) | |
| CHRISTIAN H. GARGUREVICH | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SETTLEMENT PROPOSAL

In accordance with Local Rule 16.1(C) of the United States District Court for the District of Massachusetts, the Plaintiff, Randy L. Hancock, by and through counsel, hereby proposes the following offer to settle his claims against the Defendant, Princeton Properties Management, Inc. d/b/a Princeton Properties Apartments, for five-hundred thousand dollars ($500,000.00) and payment of any and all of the Plaintiff's future medical expenses as a result of his injuries sustained on February 8, 2004.

Signed under the pains and penalties of perjury this 19 day of July 2004.

_____
Randy L. Hancock

-1-

Respectfully Submitted<br>
Plaintiff<br>
By his Attorney,

_____
Martin S. Hancock, Esq.
(B.B.O. No. 657223)

MARTIN HANCOCK
190 Littleton Road
Westford, MA 01886
Telephone: (978) 392-0884
Facsimile: (978) 392-0946

**Dated: July 21, 2004**

### CERTIFICATE OF SERVICE

I, Martin S. Hancock, Esq., hereby certify that I electronically filed the above document with the Clerk of Court using the CM/ECF system and mailed a courtesy copy to the Clerk of Court, clearly marked "Courtesy Copy – Do Not Scan" in red ink, on the first page of the above document's caption, by first-class United States Mail, postage prepaid, and properly addressed. I also herby certify that a true and accurate copy of the foregoing was served upon the following party, this 21th day of July, 2004, by first-class United States Mail, postage prepaid, and properly addressed.

_____
Martin S. Hancock, Esq.

Denise M. Lauretti, Esq.
Horn & Lauretti
225 Friend Street, Suite 203
Boston, MA 02114