# UNITED STATES DISTRICT COURT

Eastern                                    District of          Massachusetts

RANDY L. HANCOCK,

    Plaintiff,

        V.

PRINCETON PROPERTIES
MANAGEMENT, INC. d/b/a
PRINCETON PROPERTIES
APARTMENTS, and
CHRISTIAN H. GARGUREVICH

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10781-DPW

TO: (Name and address of Defendant)

    CHRISTIAN H. GARGUREVICH
    PRINCETON PROPERTIES APARTMENTS
    BUILDING 736
    678 PRINCETON BOULEVARD
    LOWELL, MA 01851

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    MARTIN S. HANCOCK, ESQ.
    MARTIN HANCOCK
    190 LITTLETON ROAD
    WESTFORD, MA 01886
    (978) 392-9699

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: [signature]

DATE: APR 16 2004

(By) DEPUTY CLERK: [signature]

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/7/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JASON M BURKE | MASSACHUSETTS CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LAST AND USUAL PLACE OF ABODE - WEDGED IN FRONT DOOR ALSO MAILING A COPY VIA U.S.P.S. FIRST CLASS TO 678 PRINCETON BLVD LOWELL MA ON 7/7/04

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/7/04          *Jason M Burke*
              Date             Signature of Server

25 Hurd St Lowell MA 01852
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.