# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**DOCKET NO. 04-10781DPW**

| | |
|---|---|
| RANDY L. HANCOCK, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PRINCETON PROPERTIES MANAGEMENT, INC., | ) |
| d/b/a PRINCETON PROPERTIES APARTMENTS, and | ) |
| CHRISTIAN H. GARGUREVICH, | ) |
|     Defendants | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

In accordance with Local Rule 26.2(A) of the United States District Court for the District of Massachusetts, the defendant, Princeton Properties Management, Inc., and defendant's counsel, Denise Lauretti, hereby certify that they have conferred regarding (1) a budget of costs of prosecuting this litigation to conclusion; (2) alternative courses of litigation; and (3) resolution of the litigation through the use of alternative dispute resolution programs.

*Signed under the pains and penalties of perjury this ___ day of August, 2004.*

                                                      Mary C. Thrower

                                                    Denise Lauretti

Respectfully submitted,
Princeton Properties Management, Inc.,
By its Attorney,

*/s/ Denise Lauretti*

Denise Lauretti
BBO# 550899
Horn & Lauretti
225 Friend Street, Suite 203
Boston, MA 02114
(617) 589-3000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail on August 17, 2004.

*/s/ Denise Lauretti*