# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY L. HANCOCK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRINCETON PROPERTIES )<br>MANAGEMENT, INC. d/b/a )<br>PRINCETON PROPERTIES )<br>APARTMENTS, CHRISTIAN )<br>H. GARGUREVICH and )<br>ROLAND FONG d/b/a )<br>R & R LAWN MAINTENANCE )<br>& LANDSCAPING )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-CV-10781 NMG |

### ORDER GRANTING PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO AMEND HIS COMPLAINT AND TO ADD A PARTY DEFENDANT

This matter having come before this Court upon the motion of Plaintiff for leave to amend his complaint to increase the amount of damages requested and to add Roland Fong d/b/a R & R Lawn Maintenance & Landscaping as a party Defendant is granted.

IT IS HEREBY ORDERED THAT Roland Fong d/b/a R & R Lawn Maintenance & Landscaping be made a party Defendant and that the title to this action be amended to list Roland Fong d/b/a R & R Lawn Maintenance & Landscaping as a party Defendant, and the clerk of this court is directed to issue a summons to Roland Fong d/b/a R & R Lawn Maintenance & Landscaping.

-2-

IT IS FURTHER ORDERED that the summons and a copy of the Amended Complaint together with a copy of this order be served on Roland Fong d/b/a R & R Lawn Maintenance & Landscaping within 30 days of the date of this order.

DATED this 14th day of September, 2004.

_____
U.S. District Judge