UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RANDY L. HANCOCK
    Plaintiff

    v.                                                                   CIVIL NO. 04-10462 JLA

PRINCETON PROPERTIES MANAGEMENT, INC.
    Defendant

NOTICE OF
STATUS CONFERENCE

ALEXANDER, M.J.,

    **PLEASE TAKE NOTICE** that the above-entitled action has been scheduled for a **Status Conference** at **2:00 p.m.** on **Wednesday, November 24, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                          HONORABLE JOYCE LONDON ALEXANDER
                                          UNITED STATES MAGISTRATE JUDGE

                                          By the Court:

October 19, 2004            /S/ Rex Brown
Date                          Courtroom Clerk
                            (617) 748-9238

Notice to:    Martin S. Hancock, Esq.
                  *Via electronic notice*
                  Denise M. Lauretti, Esq.
                  *Via electronic notice*