# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

**CIVIL ACTION NO. 04-CV- 10781NMG**

| | |
|---|---|
| RANDY L. HANCOCK, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PRINCETON PROPERTIES MANAGEMENT, INC., | ) |
| d/b/a PRINCETON PROPERTIES APARTMENTS, and | ) |
| CHRISTIAN H. GARGUREVICH, | ) |
|     Defendants | ) |

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendant in the above referenced matter and respectfully requests a brief continuance of the Status Conference, presently scheduled for November 24, 2004 at 2:00 p.m.

As grounds therefor, counsel for the Defendant states she is presently scheduled to appear in the following matters on the same date:

1. Leach v. Crete, Hillsborough North Superior Court, Conference, 9:00 a.m.;

2. Towle v. North East Regional Mortgage, Grafton (NH) Superior Court, Conference 11:00 a.m.; and

3. Wall-Tech Systems v. Errato v. Wall Tech, Nashua District Court, Trial 1:00 p.m.

Each of these matters was scheduled prior to receipt of notice of the status conference in the pending matter. Counsel for the plaintiff has assented to this motion.

Accordingly, the defendant respectfully requests a brief continuance of the conference.

                    Respectfully submitted,
                    The Defendant,
                    Princeton Properties Management, Inc.,
                    By its Attorney,

                    Denise Lauretti
                    BBO# 550899
                    Horn & Lauretti
                    225 Friend Street, Suite 203
                    Boston, MA 02114
                    (617) 589-3000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail on November 2, 2004.

Denise Lauretti