United States District Court
Eastern District of Massachusetts

RANDY HANCOCK, )
    Plaintiff )
)
v. )
)
PRINCETON PROPERTIES ) C.A. NO. 04-CV-10781 NMG
MANAGEMENT, INC. dba )
PRINCETON PROPERTIES )
APARTMENTS and CHRISTIAN )
GARGUREVICH, )
    Defendants )

NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiff in the above referenced matter.

Respectfully Submitted,

*(signature)*

Mark S. Shuman
Law Offices of Mark S. Shuman, P.C.
150 Federal Street
Boston, MA 02110
(617) 442-0050
BBO No. 549444