UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RANDY HANCOCK
    Plaintiff
V.

CIVIL NO. 04-10781 NMG

PRINCETON PROPERTIES
CHRISTIAN GARGUREVICH
    Defendant

## AMENDED SCHEDULING ORDER

ALEXANDER, U.S.M. J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The parties in the above-entitled action having consented to the jurisdiction of the Magistrate Judge on **August 11, 2004**, it is hereby ORDERED that:

(1) Further discovery is to be completed by **April 13, 2005**;

(2) Designation of experts and exchange of expert reports is to take place by **May 16, 2005**;

(3) Dispositive motions shall be filed on or before **June 17, 2005**;

(4) A further status conference shall be held at **10:00 AM** on **May 18, 2005**.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

      Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

      IT IS HEREBY ORDERED THAT

      A **Further Status Conference** is scheduled at **10:00 a.m.** on **May 18, 2005,** Courtroom 24, 7th floor.

                                         HONORABLE JOYCE LONDON ALEXANDER
                                         UNITED STATES MAGISTRATE JUDGE
                                         By the Court:

                                         /S/ Rex Brown
                                         Courtroom Clerk

2/8/05
Date