# UNITED STATES DISTRICT COURT

EASTERN                    District of          MASSACHUSETTS

RANDY L. HANCOCK
    Plaintiff

V.

PRINCETON PROPERTIES MANAGEMENT, INC.
d/b/a PRINCETON PROPERTIES APARTMENTS,
CHRISTIAN GARGURFVICH and ROLAND
FONG dba R&R LAWN MAINTENANCE AND
LANDSCAPING,
    Defendants

**SUMMONS IN A CIVIL CASE**

CLERKS OFFICE

2005 FEB -2 P 2: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

## 04 cv 10781 NMG

TO: (Name and address of Defendant)
    Roland Fong dba R&R Lawn Maintenance and Landscaping
    41 Nightingale Road
    Nashua, NH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Mark S. Shuman, Esquire
    Law Offices of Mark S. Shuman, P.C.
    150 Federal Street
    Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

TONY ANASTAS

CLERK                                    DATE    1/19/2005

(By) DEPUTY CLERK

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS                                            01/27/2005

    I, DEPUTY SHERIFF M. MERRIFIELD, BEING FIRST DULY SWORN, DEPOSE AND
SAY THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID
COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY
THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 01/27/2005, I MADE SERVICE OF
THE SUMMONS AND COMPLAINT WITH DEMAND FOR JURY TRIAL UPON THE WITHIN NAMED
DEFENDANT BY MAILING VIA FIRST CLASS MAIL AND LEAVING AT THE ABODE OF
ROLAND FONG BEING AT 41 NIGHTINGALE RD., NASHUA, NH, IN SAID COUNTY, A COPY
OF SAID DOCUMENTS AT 1:48 PM.

_____
DEPUTY SHERIFF M. MERRIFIELD

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

    SUBSCRIBED AND SWORN TO, BEFORE ME, ON 01/28/2005.

_____
NOTARY PUBLIC

My Commission Expires 1-15-08