UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISON

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RANDY L. HANCOCK,<br>    Plaintiff<br><br>v.<br><br>PRINCETON PROPERTIES MANGEMENT, INC.<br>d/b/a PRINCETON PROPERTIES APARMENTS,<br>CHRISTIAN H. GARGUREVICH, and<br>ROLAND FONG dba R & R LAWN<br>  MAINTENCE AND LANDSCAPING<br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. NO. 04-10781NMG

## **NOTICE OF APPEARANCE**

Pursuant to F. R. C. P. Rule 11(b), please enter my appearance for the defendant Roland Fong dba R&R Lawn Maintenance and Landscaping.

Date: February 15, 2005

By its attorney,

Robert P. Turner, Esquire
BBO#: 504900
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
Telephone: (866) 290-7435

- 1 -

CERTIFICATE OF SERVICE

I, Robert P. Turner, attorney for the above named defendant, do hereby certify that I caused a copy of the within **NOTICE OF APPEARANCE** to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

Mark S. Shuman
Law Office of Mark S. Shuman, P.C.
150 Federal Street, 12th Floor
Boston, MA 02110

Signed under the pains and penalties of perjury this 15th day of February, 2005.

Robert P. Turner, Esquire