UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| RANDY L. HANCOCK,<br>    Plaintiff<br>v.<br><br>PRINCETON PROPERTIES MANAGEMENT,<br>INC., d/b/a PRINCETON PROPERTIES<br>APARTMENTS, CHRISTIAN H.<br>GARGUREVICH, and ROLAND FONG d/b/a<br>R&R LAWN MAINTENANCE<br>AND LANDSCAPING,<br>    Defendants | C.A. NO.: 04-10781NMG |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)

NOW comes the Plaintiff, by and through the undersigned counsel, and hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 15(a) to amend his complaint to correct the name of R & R Lawn Maintenance and Landscaping, to add Greatscapes of Nashua, Inc. as a party defendant and to add counts against the Defendant, Princeton Properties Management, Inc. alleging breach of implied warranty of habitability and breach of covenant of quiet enjoyment. The Plaintiff submits the annexed memoranda of law in support of this motion. A copy of Plaintiff's Second Amended Complaint and Jury Claim is also annexed hereto.

The Plaintiff,
By his Attorney,

_____
Mark S. Shuman
Law Offices of Mark S. Shuman, P.C.
150 Federal Street
Boston, MA 02110
(617) 443-0003
BBO No. 549444