

# State of New Hampshire
## 2005 ANNUAL REPORT

The following information shall be given as of January 1 preceeding the due date Pursuant to RSA 293-A:16.22.

**REPORT DUE BY April 1, 2005**

ANNUAL REPORTS RECEIVED AFTER THE DUE DATE WILL BE ASSESSED A LATE FEE.

| Filed |
|---|
| Date Filed: 03/22/2005 |
| Business ID: 291011 |
| William M. Gardner |
| Secretary of State |

GREATSCAPES OF NASHUA, INC.

41 NIGHTINGALE RD

NASHUA , NH 03062

| ENTITY TYPE: | CORPORATION |
|---|---|
| BUSINESS ID: | 291011 |
| STATE OF DOMICILE: | NH |
| FEDERAL ID: | 020498440 |

**ADDRESS OF PRINCIPAL OFFICE:**

41 NIGHTINGALE RD

NASHUA , NH 03062

**REGISTERED AGENT AND OFFICE:**

J LEONARD SWEENEY III ESQ

6 MANCHESTER ST

NASHUA , NH 03062

2. If changing the mailing or principal office address, please check the appropriate box and fill in the necessary information.
   - [ ] The new mailing address _____
   - [ ] The new principal office address _____
   
   PO Box is acceptable.

3. **OFFICERS** — NAME AND BUSINESS ADDRESS (P.O. BOX ACCEPTABLE). (MUST LIST AT LEAST ONE OFFICER BELOW)  **A**

   NAME: Roland Fong
   STREET: 41 Nightingale Road
   CITY/STATE/ZIP: Nashua, NH 03062

   **BOARD OF DIRECTORS** — NAME AND BUSINESS ADDRESS (P.O. BOX ACCEPTABLE). (MUST LIST AT LEAST ONE DIRECTOR BELOW)  **B**

   NAME: Roland Fong
   STREET: Same
   CITY/STATE/ZIP: 

   NAMES AND ADDRESSES OF ADDITIONAL OFFICERS AND DIRECTORS ARE ATTACHED

4. To be signed by an officer, director, or any other person authorized by the board of directors.
   I, the undersigned do hereby Certify that the statements on this report are true to the best of my information, knowledge and belief.

   Sign here: _[signature]_

   Please print name and title of signer: Roland Fong / President

| FEE DUE: $100.00 | E-MAIL ADDRESS (OPTIONAL): |
|---|---|

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED

MAKE CHECK PAYABLE TO SECRETARY OF STATE

RETURN COMPLETED REPORT AND PAYMENT TO:

New Hampshire Department of State, Annual Reports, P.O. Box 9529, Manchester, NH 03108-9529