# PARKING APPLICATION

## ADDRESS: 740-14

NAME: Joseph Hancock
HOME PHONE: 972-724 1596
WORK PHONE: 978-392-0884
MAKE: Ford
MODEL: Expedition
YEAR: 2003
COLOR: White
PLATE: 562 VNP
PERMIT#:

NAME: Randy Hancock
HOME PHONE: 618-514-2334
WORK PHONE: 978-372-0884
MAKE: Chevy
MODEL: S-10 LS.
YEAR: 1998
COLOR: Bronze
PLATE: 7TR K02
PERMIT#:

*** To be completed at lease signing ***