**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DOCKET NO. 04-10781JLA**

| | |
|---|---|
| **RANDY L. HANCOCK,** | ) |
|       **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PRINCETON PROPERTIES MANAGEMENT, INC.,** | ) |
| **d/b/a PRINCETON PROPERTIES APARTMENTS, and** | ) |
| **CHRISTIAN H. GARGUREVICH,** | ) |
|       **Defendants** | |

**MOTION OF THE DEFENDANT, PRINCETON PROPERTIES**
**MANAGEMENT, INC., TO CONTINUE HEARING ON MOTION TO AMEND**
**COMPLAINT AND MOTION TO EXTEND DISCOVERY**

NOW comes the defendant in the above referenced matter and respectfully requests this Honorable Court reschedule the hearing presently set for 10:00 a.m. on 18 August 2005. As grounds therefor, counsel for the defendant states she is scheduled to appear for a hearing in the matter of _Agrafiotis v.Gilbert_, in the Hillsborough, North, Superior Court at 9:00 on that day. The hearing in that matter was scheduled several weeks ago and would be difficult to move. Further, counsel has a deposition scheduled that morning at 10:00. The deposition has been rescheduled several times and has been confirmed for the 18th.

Counsel for the plaintiff and the codefendant have been contacted and assent to this motion.

For the foregoing reasons, the defendant respectfully requests a continuance of the hearing to a date after 29 August 2005. If it is not possible to move the date, counsel requests that the hearing be held after 2:30 on the 18th of August.

Respectfully submitted,
The Defendant,
Princeton Properties Management, Inc.,
By its Attorney,

Denise Lauretti
BBO# 550899
Horn & Lauretti
225 Friend Street, Suite 203
Boston, MA 02114
(617) 589-3000

Assented to:

Mark Shuman, Esquire
For the plaintiff

Robert Turner, Esquire
For Roland Fong (Greatscapes)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail on 2005-08-15.

2