UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| RANDY L. HANCOCK,<br>    Plaintiff<br>v.<br><br>PRINCETON PROPERTIES MANAGEMENT, INC.<br>d/b/a PRINCETON PROPERTIES APARTMENTS,<br>CHRISTIAN H. GARGUREVICH, ROLAND FONG<br>dba R & R LAWN MAINTENANCE & LANDSCAPING,<br>and GREATSCAPES OF NASHUA, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 04-10781NMG<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS

Please be informed that hereinafter the address of counsel for the Plaintiff shall be as follows:

Law Offices of Mark S. Shuman, P.C.
535 Boylston Street, 8th Floor
Boston, MA 02116
Telephone (617) 443-0003
Facsimile (617) 267-3166

The Plaintiff
By his Attorney,

Mark S. Shuman, BBO No. 549444
535 Boylston Street, 8th Floor
Boston, MA 02116
Telephone (617) 443-0003

CERTIFICATE OF SERVICE

I, Mark S. Shuman, do hereby certify that on this 3rd day of October, 2005 I served a copy of the document noted below upon all counsel of record by United States mail postage pre-paid.

- NOTICE OF CHANGE OF ADDRESS

_____
Mark S. Shuman