UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY L. HANCOCK, <br> Plaintiff <br> v. <br><br> PRINCETON PROPERTIES MANAGEMENT, INC. <br> d/b/a PRINCETON PROPERTIES APARTMENTS, <br> CHRISTIAN H. GARGUREVICH, and <br> ROLAND FONG dba R & R LAWN MAINTENANCE <br> AND LANDSCAPING, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 04-10781NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## REQUEST FOR DEFAULT

NOW comes the Plaintiff, by and through the undersigned counsel, and hereby requests that a default be entered as to the Defendant, Christian Gargurevich. As grounds for this request the Plaintiff submits that said Defendant was served with a summons and complaint in this matter at his last known place of abode on July 7, 2004, that over a year has elapsed and the Defendant, Christian Gargurevich has failed to file an answer or other responsive pleading. A copy of the Return of Service is annexed hereto and marked Exhibit "A". The Affidavit of Mark S. Shuman is marked Exhibit "B"

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court default the Defendant, Christian Gargurevich.

The Plaintiff,
By his Attorney,

_____
Mark S. Shuman, BBO No. 549444
Law Offices of Mark S. Shuman, P.C.
535 Boylston Street
Boston, MA 02116
(617) 443-0003