# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

_____Eastern_____  District of  _____Massachusetts_____

RANDY L. HANCOCK,
   Plaintiff,
      V.
PRINCETON PROPERTIES
MANAGEMENT, INC. d/b/a
PRINCETON PROPERTIES
APARTMENTS, and
CHRISTIAN H. GARGUREVICH
   Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10781

TO: (Name and address of Defendant)

   CHRISTIAN H. GARGUREVICH
   PRINCETON PROPERTIES APARTMENTS
   BUILDING 736
   678 PRINCETON BOULEVARD
   LOWELL, MA 01851

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   MARTIN S. HANCOCK, ESQ.
   MARTIN HANCOCK
   190 LITTLETON ROAD
   WESTFORD, MA 01886
   (978) 392-9699

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  APR 16 2004

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  
DATE: 7/7/04

NAME OF SERVER (PRINT): JASON M BURKE  
TITLE: MASSACHUSETTS CONSTABLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LAST AND USUAL PLACE OF ABODE - WEDGED IN FRONT DOOR ALSO MAILING A COPY VIA U.S.P.S. FIRST CLASS TO 678 PRINCETON BLVD LOWELL MA on 7/7/04

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/7/04  
Date

Signature of Server: [signed] Jason M Burke

Address of Server: 25 HURD ST. LOWELL MA 01852

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.