# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RANDY L. HANCOCK, <br> Plaintiff <br> v. <br><br> PRINCETON PROPERTIES MANAGEMENT, INC. <br> d/b/a PRINCETON PROPERTIES APARTMENTS, <br> CHRISTIAN H. GARGUREVICH, and <br> ROLAND FONG dba R & R LAWN MAINTENANCE <br> AND LANDSCAPING, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 04-10781NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF MARK S. SHUMAN

I, Mark S. Shuman, do hereby swear and state as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts.

2. The Defendant, Christian Gargurevich, was served at his last known place of abode with a copy of a summons and a copy of the Plaintiff's complaint on July 7, 2004.

3. That more than twenty (20) days has elapsed and the Defendant, Christian Gargurevich, has failed to answer or otherwise serve a responsive pleading.

4. That to my knowledge the Defendant is not an infant or incompetent and not in the military.

Signed under the pains and penalties of perjury this 24th day of March, 2006

_____
Mark S. Shuman

## CERTIFICATE OF SERVICE

I, Mark S. Shuman, do hereby certify that on this 24TH day of March, 2006 I served a copy of the attached documents noted below upon all counsel of record and Christian Gargurevich by United States mail postage pre-paid:

REQUEST FOR DEFAULT

_____
Mark S. Shuman