UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| **RANDY L. HANCOCK,** | ) | |
| | ) | |
|    **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PRINCETON PROPERTIES** | ) | **CAUSE NO. 04 10781 JLA** |
| **MANAGEMENT, INC. d/b/a** | ) | |
| **PRINCETON PROPERTIES** | ) | |
| **APARTMENTS and** | ) | |
| **CHRISTIAN H. GARGUREVICH,** | ) | |
| | ) | |
|    **Defendants** | ) | |

NOTICE OF APPEARANCE FOR
DEFENDANT CHRISTIAN H. GARGUREVICH

   In accordance with Local Rule 83.5.2, I, Eugene F. Nowell, hereby file this notice of appearance for the limited purpose of contesting service of process upon the service upon Christian H. Gargurevich.

By his Attorney,

Date:  June 12, 2006

s/ Eugene F. Nowell
Eugene F. Nowell, Esquire, BBO#374860
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA   02108
(617) 523-2990

**Certificate of Service**

  I, Eugene F. Nowell, Esquire, hereby certify that a true copy of the foregoing pleading was served by first class mail, postage prepaid, upon counsel of record:

| | |
|---|---|
| Mark S. Schuman, Esquire | Martin S. Hancock, Esquire |
| Law Offices of Mark S. Schuman PC | 35 Pratt Avenue, Suite 4 |
| 535 Boylston Street, 8th Floor | Lowell, MA   01852 |
| Boston, MA   02116 | |

Denise M. Lauretti, Esquire
Horn & Lauretti
225 Friend Street, Suite 203
Boston, MA   02114

Date:  June 12, 2006             s/  Eugene F. Nowell
                       Eugene F. Nowell, Esquire