UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| **RANDY L. HANCOCK,** ) | C.A. NO. 04-10781NMG |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **PRINCETON PROPERTIES MANAGEMENT, INC.,** ) | |
| **CHRISTIAN H. GARGUREVICH,** ) | |
| **ROLAND FONG d/b/a R&R LAWN** ) | |
| **MAINTENANCE AND LANDSCAPTING, and** ) | |
| **GREATSCAPES OF NASHUA, INC.,** ) | |
|     **Defendants** ) | |

### OFFER OF JUDGMENT

TO:    Mark S. Shuman, Esquire
          Law Office of Mark S. Shuman, PC
          150 Federal Street, 12th Floor
          Boston, MA 02110

      Pursuant to Mass R. Civ. P. R. 68, the defendants, Princeton Properties Management, Inc. and Christian Gargurevich, hereby offer to allow judgment to be taken against them in this action in the amount of $150,000.00 including interests and costs then accrued to date. This Offer of Judgment is made for the purpose specified in Rule 68 and is not to be construed either as an admission that the defendant is liable in this action or that the plaintiff has suffered any damage.

                                          Respectfully Submitted,
                                          The Defendant,
                                          Princeton Properties Management, Inc.,
                                          By Its Attorney,

                                          */s/ Denise Lauretti*

                                          Denise Lauretti
                                          BBO# 550899
                                          Horn & Lauretti
                                          225 Friend Street, Suite 204
                                          Boston, MA 02114
                                          (617) 589-3000

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail on  9/26/06 .

*/s/ Denise Lauretti*
Denise Lauretti

Case 1:04-cv-10781-JLA    Document 39    Filed 09/26/2006    Page 2 of 2