UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| _____ | ) |
| RANDY L. HANCOCK, | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| PRINCETON PROPERTIES MANAGEMENT, INC. | ) C.A. NO. 04-10781 JLA |
| d/b/a  PRINCETON PROPERTIES APARTMENTS, | ) |
| CHRISTIAN H. GARGUREVICH, and | ) |
| GREAT SCAPES OF NASHUA, INC., | ) |
|     Defendants | ) |
| _____ | ) |

Joyce London Alexander, Magistrate Judge

JUDGMENT UNDER RULE 54(b)

      In accordance with the motion for entry of separate and final judgment by Greatscapes of Nashua, Inc, it is hereby ordered, adjudged and decreed:

      That separate and final judgment of dismissal with prejudice is entered as to any and all claims and/or cross claims brought by or against Greatscapes of Nashua, Inc.

By the Court,


Joyce London Alexander