UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| **RANDY L. HANCOCK,** | ) C.A. NO. 04-10781NMG |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PRINCETON PROPERTIES MANAGEMENT, INC.,** | ) |
| **CHRISTIAN H. GARGUREVICH,** | ) |
| **ROLAND FONG d/b/a R&R LAWN** | ) |
| **MAINTENANCE AND LANDSCAPTING, and** | ) |
| **GREATSCAPES OF NASHUA, INC.,** | ) |
| **Defendants** | ) |

### STIPULATION OF DISMISSAL

NOW COME the parties in the above-entitled action, and, pursuant to the provisions of Fed. R. Civ. P. 41(a)(l)(ii), hereby stipulate that all claims of said action be dismissed with prejudice on all counts and without costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff, | The Defendants, |
| Randy Hancock, | Princeton Properties Management, Inc. |
| By his Attorney, | and Christian H. Gargurevich, |
| | By their Attorney, |
| | |
| */s/ Mark S. Shuman* | */s/ Denise Lauretti* |
| Mark S. Shuman, Esquire | Denise Lauretti, Esquire |
| Law Office of Mark S. Shuman, PC | Horn & Lauretti |
| 535 Boylston Street, 8th Floor | 225 Friend Street, Suite 204 |
| Boston, MA 02116 | Boston, MA 02114 |
| (617) 443-0003 | (978) 458-8700 |
| BBO# 542444 | BBO# 550899 |

| | |
|---|---|
| Respectfully submitted,<br>The Defendants,<br>Roland Fong d/b/a R&R Lawn<br>Maintenance and Landscaping, and<br>Greatscapes of Nashua, Inc.,<br>By their Attorney, | Respectfully submitted,<br>The Defendant,<br>Christian H. Gargurevich,<br>By his Attorney, |
| */s/Robert P. Turner*<br>Robert P. Turner, Esquire<br>Law Offices of Bruce R. Fox<br>27B Midstate Office Park<br>Auburn, MA 01501<br>(866) 290-7435<br>BBO# 504900 | */s/Eugene F. Nowell*<br>Eugene F. Nowell, Esquire<br>Curley & Curley, PC<br>27 School Street<br>Boston, MA 02108<br>(617) 523-2990 |

Date: December 8, 2006